IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL JOYCE,<br><br>    *Plaintiff*,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    *Defendant*. | Civil Action No. 2:18-cv-1293<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 10th day of February 2021, IT IS HEREBY ORDERED for the reasons set forth in the Memorandum Opinion filed this day, Plaintiff Michael Joyce's Motion for Summary Judgment (ECF No. 58) is GRANTED, and Defendant Life Insurance Company of North America's ("LINA") Motion for Summary Judgment (ECF No. 54) is DENIED AS MOOT. This matter is remanded to LINA for reevaluation of Joyce's claim considering the factors set forth in the Memorandum Opinion. The Court STAYS this action pending the disposition of LINA's review of the matter, and the case will be marked ADMINISTRATIVELY CLOSED. The Court directs Plaintiff to timely file a status report after the final disposition of those proceedings, at which time the Court will lift the stay and reopen the case.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE